UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MARK OETINGER, *et. al.*, <br><br> PLAINTIFFS, <br><br> v. <br><br> FIRST RESIDENTIAL MORTGAGE NETWORK, INC., a/k/a SUREPOINT LENDING, JORDAN POHN, AND SAUL POHN, <br><br> DEFENDANTS. | CIVIL ACTION NO. 3:06-CV-381-H <br><br> ELECTRONICALLY FILED |

### ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CLAIMS WITH PREJUDICE

Upon joint motion by the Parties' for approval of settlement and dismissal of action with prejudice, and the Court having reviewed the motion and attached settlement agreement, and being otherwise sufficiently advised,

IT IS HEREBY ORDERED:

(1) The joint motion for approval of settlement and dismissal of action with prejudice is GRANTED.

(2) The Settlement Agreement tender by the parties with their motion is APPROVED.

(3) This action is DISMISSED, in its entirety.  Dismissal is with prejudice with respect to the claims asserted by Jennifer L. Abner, Amy (Brewer) Baker, Ann H. Barczak, H. Joseph Barczak, Christopher M. Belinger, Marc P. Blumberg, Jeffrey Brawner, Leslie Brawner, Amanda (White) Breslin, Jeff Brown, Dustin Buetel, Peter Burgelis, Timothy Burnash, Thomas B. Calvert, Landon Carter, Scott Childress, Joseph Leo Conley, Christopher T. Crumpton, Thomas DiCola, Rebecca H. Firkins, Aaron Haeberlin, Jeff Harris, Jeremy N. Horning, Jon J. Jackson,

-2-

John Christopher Koerner, Jeff Krimple, Rhonda Lee Lampley, Hubert Louden, Richard Lucas, Mesha (Wishom) Marshall, Robert R. Marshall, III, Janessa Mast, John Mattingly, Jeff Mattis, Robert McAlmont, Jeffrey Muller, Corey Niemeier, Mark Oetinger, Matthew C. Parker, Ian Post, Jill Ptashnik, William Paul Reynolds, Leonard Van Sanderson, Brian P. Walsh, Eric Wilson, Jay Wilson, and Eric Wright.  The claims of all other opt-in Plaintiffs previously have been dismissed without prejudice, and this Order in no way affects that dismissal except with respect to the claims of the aforementioned opt-ins whose claims are being dismissed with prejudice by virtue of the parties' settlement agreement.

(4) All parties are to bear their own attorneys' fees and costs.

-2-

-3-

Tendered by:

| | |
|---|---|
| */s/ Chadwick A. McTighe* | */s/ Matthew L. White (with persmission)* |
| Clark C. Johnson | Mark K. Gray |
| Chadwick A. McTighe | Matthew L. White |
| STITES & HARBISON, PLLC | Doris A. Kim |
| 400 West Market Street | FRANKLIN, GRAY & WHITE |
| Suite 1800 | The Speed Mansion |
| Louisville, KY 40202-3352 | 505 W. Ormsby Ave. |
| Telephone: (502) 587-3400 | Louisville, KY 40202 |
| *Counsel for Defendants* | Telephone: (502) 585-2060 |
| | |
| | Robert F. Childs, Jr. |
| | Dennis G. Pantazis |
| | WIGGINS, CHILDS, QUINN & PANTAZIS, LLC |
| | The Kress Building |
| | 301 19th St. North |
| | Birmingham, AL 35203 |
| | (205) 314-0500 |
| | |
| | *Counsel for Plaintiffs* |